1  CONSTANCE E. NORTON, Bar No. 146365
   cnorton@littler.com
2  JOHN S. HONG, Bar No. 255150
   jhong@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street
4  20th Floor
   San Francisco, California 94108.2693
5  Telephone:   415.433.1940
   Facsimile:   415.399.8490
6
   Attorneys for Defendant
7  GREYHOUND LINES, INC.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   BELINDA SALTER,                    |  Case No. CV 12-05156 CRB
12
              Plaintiff,               |  **STIPULATION AND REQUEST FOR
13                                        DISMISSAL WITH PREJUDICE
       v.                                 PURSUANT TO Fed. R. Civ. P. 41(a)(2)**
14
   GREYHOUND LINES, INC. and DOES 1-
15 10,

16            Defendant.               |  Action Filed in State Court: August 10, 2012

17

18       Pursuant to the terms of a settlement agreement reached between Plaintiff BELINDA

19 SALTER, on the one hand, and Defendant GREYHOUND LINES, INC., on the other hand

20 (collectively, the "Parties"), under the provisions of Fed. R. Civ. P. 41(a)(2), the Parties hereby

21 request that this action and every claim therein be dismissed with prejudice, each side to bear their

22 own costs and attorney fees.

23
24
25
26
27
28

| | |
|---|---|
| Dated: November 9, 2012 | _____<br>CONSTANCE E. NORTON<br>JOHN S. HONG<br>LITTLER MENDELSON, P.C.<br>Attorneys for Defendant<br>GREYHOUND LINES, INC. |
| Dated: November 6, 2012 | _____<br>HEIDI MACHEN, ESQ.<br>Attorney for Plaintiff BELINDA SALTER |

**GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.**

Dated: _November 15_, 2012

_____
The Honorable Charles R. Breyer
United States District Judge

**IT IS SO ORDERED**
Judge Charles R. Breyer

Firmwide:114795523.1 070992.1024

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940