CONSTANCE E. NORTON, Bar No. 146365
cnorton@littler.com
JOHN S. HONG, Bar No. 255150
jhong@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendant
GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA SALTER,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC. and DOES 1-10,<br><br>Defendant. | Case No.  CV 12-05156 CRB<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(2)**<br><br>Action Filed in State Court: August 10, 2012 |

  Pursuant to the terms of a settlement agreement reached between Plaintiff BELINDA SALTER, on the one hand, and Defendant GREYHOUND LINES, INC., on the other hand (collectively, the "Parties"), under the provisions of Fed. R. Civ. P. 41(a)(2), the Parties hereby request that this action and every claim therein be dismissed with prejudice, each side to bear their own costs and attorney fees.

Dated: November 9, 2012

_____
CONSTANCE E. NORTON
JOHN S. HONG
LITTLER MENDELSON, P.C.
Attorneys for Defendant
GREYHOUND LINES, INC.

Dated: November 6, 2012

_____
HEIDI MACHEN, ESQ.
Attorney for Plaintiff BELINDA SALTER

**GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.**

Dated: __November 15__, 2012

_____
The Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Firmwide:114795523.1 070992.1024

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940